| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF MARYLAND | |
| Case number *(if known)* _____  Chapter __11__ | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Family of Care Real Estate Holding Co., Inc.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **80-0827126** |
| 4. | Debtor's address | **Principal place of business** <br><br> **9375 Chesapeake Street, Suite 211** <br> **La Plata, MD 20646** <br> Number, Street, City, State & ZIP Code <br><br> **Charles** <br> County | **Mailing address, if different from principal place of business** <br><br> **10200 La Plata Road** <br> **La Plata, MD 20646** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **10200 and 10210 La Plata Road and 127 Morris Drive, La Plata, MD 20646** <br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://www.sagepointcare.org/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **Family of Care Real Estate Holding Co., Inc.**       Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **Family of Care Real Estate Holding Co., Inc.**  Case number (*if known*)
Name

| | | | | | |
|---|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **Charles County Nursing & Rehabilitation Center Inc.** | Relationship | **affiliate** |
| | District | **Maryland** | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Family of Care Real Estate Holding Co., Inc.**  Case number (*if known*) _____
     Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 18, 2024**
              MM / DD / YYYY

**X** **/s/ Terry Weaver**                             **Terry Weaver**
Signature of authorized representative of debtor           Printed name

Title  **Chief Financial Officer**

**18. Signature of attorney**

**X** **/s/ Catherine Keller Hopkin**             Date **October 18, 2024**
Signature of attorney for debtor                                  MM / DD / YYYY

**Catherine Keller Hopkin**
Printed name

**YVS Law, LLC**
Firm name

**185 Admiral Cochrane Drive, Suite 130**
**Annapolis, MD 21401**
Number, Street, City, State & ZIP Code

Contact phone **(443) 569-0788**      Email address **chopkin@yvslaw.com**

**28257 MD**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

RESOLUTIONS OF THE BOARD OF DIRECTORS OF
FAMILY OF CARE REAL ESTATE HOLDING CO., INC.
(a Maryland corporation)
APPROVED AT
A SPECIAL MEETING OF THE BOARD OF DIRECTORS

In accordance with the Maryland General Corporation Law and the By-Laws of Family of Care Real Estate Holding Co., Inc. (the "Corporation"), the board of directors of the Corporation held a special meeting on the 4th day of September 2024. The special meeting was called by Carolyn Core, president of the Corporation, to discuss the financial condition of the Corporation and consider the filing of a Chapter 11 bankruptcy petition. After a review of the finances of the Corporation, a motion approving the following resolutions was adopted by a majority of a quorum of the directors of the Corporation:

> Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;
>
> Be It Therefore Resolved, that Carolyn Core, president of the Corporation, and/or Terry Weaver, chief financial officer of the Corporation, are authorized, empowered and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation;
>
> Be It Further Resolved, that Carolyn Core and/or Terry Weaver are authorized, empowered and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all documents they deem necessary or appropriate on behalf of the Corporation in connection with such bankruptcy case;
>
> Be It Further Resolved, that Carolyn Core and/or Terry Weaver are authorized, empowered and directed to employ Catherine Keller Hopkin and the law firm of YVS Law, LLC to represent the Corporation in such bankruptcy case; and
>
> Be It Further Resolved, that all acts and deeds of any officer, employee or agent of the Corporation heretofore taken in connection with, or related to, such bankruptcy case prior to the date hereof are hereby ratified and confirmed.

## CERTIFICATION

The undersigned does hereby certify that the foregoing resolutions were voted on, adopted and approved at a duly called Special Meeting of the Board of Directors of the Corporation, at which a quorum was present, at 5:00 p.m. (EST) on September 4, 2024.

_____
Carolyn Core, President

Fill in this information to identify the case:

Debtor name: **Family of Care Real Estate Holding Co., Inc.**
United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Charles County Treasurer's Office 200 Baltimore Street La Plata, MD 20646 | | 2024 real property tax for 127 Morris Drive (Acct. # 01057448) | | | | $32,474.07 |
| Charles County Treasurer's Office 200 Baltimore Street La Plata, MD 20646 | | 2024 real property tax for 10210 La Plata Road (Acct. # 013623351) | | | | $25,371.35 |
| Charles County Treasurer's Office 200 Baltimore Street La Plata, MD 20646 | | 2024 real property tax for La Plata Road (Acct. # 013623353) | | | | $3,384.60 |
| Charles County Treasurer's Office 200 Baltimore Street La Plata, MD 20646 | | 2024 real property tax for La Plata Road (Acct. # 013623354) | | | | $2,450.62 |
| Chapman Property, LLC c/o Amanda H. Bird-Johnson, Esquire Williams Mullen 200 South 10th Street, Suite 1600 Richmond, VA 23219 | | litigation | Unliquidated Disputed | | | $0.00 |
| WesBanco Attn: Samuel Pulliam 1525 Pointer Ridge Place Bowie, MD 20716 | | bank loan | | $1,717,230.80 | Unknown | Unknown |
| WesBanco Attn: Samuel Pulliam 1525 Pointer Ridge Place Bowie, MD 20716 | | bank loan | | $3,356,691.31 | Unknown | Unknown |

Official form 204　　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　　page 1

Debtor **Family of Care Real Estate Holding Co., Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WesBanco**<br>**Attn: Samuel Pulliam**<br>**1525 Pointer Ridge Place**<br>**Bowie, MD 20716** | | **bank loan** | | **$4,494,058.32** | **Unknown** | **Unknown** |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

# United States Bankruptcy Court
## District of Maryland

In re  **Family of Care Real Estate Holding Co., Inc.**　　　Case No.

　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Family of Care Alliance, Inc.**<br>**9375 Chesapeake Street, Suite 211**<br>**La Plata, MD 20646** | | | **100% ownership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 18, 2024**　　　　　　Signature  **/s/ Terry Weaver**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Terry Weaver**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re  **Family of Care Real Estate Holding Co., Inc.**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 18, 2024**

**/s/ Terry Weaver**
**Terry Weaver**/**Chief Financial Officer**
Signer/Title

10200 La Plata Opco LLC
1125 East Veterans Highway
Jackson, NJ 08527


Chapman Property, LLC
c/o Amanda H. Bird-Johnson, Esquire
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA 23219


Charles County Nursing & Rehabilitation
9375 Chesapeake Street, Suite 211
La Plata, MD 20646


Charles County Treasurer's Office
200 Baltimore Street
La Plata, MD 20646


Family of Care Alliance, Inc.
9375 Chesapeake Street, Suite 211
La Plata, MD 20646


Healthcare Transactions Group, Inc.
11620 Reisterstown Road, Suite 1005
Reisterstown, MD 21136


Internal Revenue Service
Centralized Insolvency Unit
P. O. Box 7346
Philadelphia, PA 19101-7346


James W. Cornelsen and Christine Rush,
as Individual Trustees
c/o WesBanco Bank (Old Line Bank)
1525 Pointer Ridge Place
Bowie, MD 20716

John Paul Lynch, Esquire
McNamee Hosea Jernigan Kim Greenan Lynch
888 Bestgate Road, Suite 402
Annapolis, MD 21401


Maryland Health and Higher Educational
Facilities Authority, c/o Barlow Savidge
401 East Pratt Street, Suite 1224
Baltimore, MD 21202


Michael D. Maloney, Esquire
Williams Mullen
8350 Broad Street, Suite 1600
Mc Lean, VA 22102


WesBanco
Attn: Samuel Pulliam
1525 Pointer Ridge Place
Bowie, MD 20716

# United States Bankruptcy Court
## District of Maryland

In re   **Family of Care Real Estate Holding Co., Inc.**                              Case No.
                              Debtor(s)                                                Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Family of Care Real Estate Holding Co., Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Family of Care Alliance, Inc.**
**9375 Chesapeake Street, Suite 211**
**La Plata, MD 20646**

☐ None [*Check if applicable*]

**October 18, 2024**                                        **/s/ Catherine Keller Hopkin**
Date                                                         **Catherine Keller Hopkin**
                                                             Signature of Attorney or Litigant
                                                             Counsel for   **Family of Care Real Estate Holding Co., Inc.**
                                                             **YVS Law, LLC**
                                                             **185 Admiral Cochrane Drive, Suite 130**
                                                             **Annapolis, MD 21401**
                                                             **(443) 569-0788 Fax:(410) 571-2798**
                                                             **chopkin@yvslaw.com**